UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY VAN WOLFEREN and
SEAN REED,

          Plaintiffs,

    v.

NEW YORK LIFE INSURANCE
CO., and DOES 1 to 20,

          Defendants.
_____/

NO. CIV. S-07-935 LKK/DAD

O R D E R

    Pending before the court on the June 18, 2007 law and motion calendar are a motion to remand the case to state court filed by plaintiffs and a motion to dismiss plaintiff's third claim for relief filed by defendant.

    The court is in receipt the parties' joint stipulation to remand the case to state court and plaintiffs' withdrawal and waiver of the request for sanctions made in their remand motion.

    Good cause appearing, the court orders as follows:

    (1) The above-captioned case REMANDED to the Superior Court of the State of California and for the County of Sacramento.

1

(2) Plaintiff's Motion for Remand is GRANTED, but denied with respect to sanctions.

(3) Defendant's Motion is DENIED as moot.

(4) the hearing set for June 18, 2007 is VACATED.

IT IS SO ORDERED.

DATED:  June 18, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2